582

*Neil Burkinshaw* and *Wm. B. O'Connell* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 216. MARYLAND CASUALTY Co. *v.* AMERICAN TRUST Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondent.

No. 217. PARSONS *v.* PROVIDENT MUTUAL LIFE INSURANCE Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. W. Press* for petitioner. No appearance for respondent.

No. 220. WITHERBEE ET AL., EXECUTORS, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Spotswood D. Bowers* and *Frank C. Laughlin* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James ·W. Morris* and *John G. Remey* for respondent.

No. 222. CLINCH-MITCHELL CONSTRUCTION Co. *v.* McCULLOUGH ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. C. A. Randolph* and *Addison L. Gardner, Jr.,* for petitioner. No appearance for respondents.